IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 17 CR 00764 |
| JUAN ORTIZ, | ) ) ) | Hon. Virginia M. Kendall District Judge, Presiding |
| Defendant. | ) | |

## HIPAA QUALIFIED PROTECTIVE ORDER

Upon the Defendant's motion for a protective discovery order compliant with the terms of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. 164.512(e)(1)(v)(A) and (B), it is hereby ORDERED as follows:

1. That Gerald Blain, Blain and Associates, and any other Psychologists, Physicians, Counselors, or service providers employed by JUAN ORTIZ or his attorney STEPHEN M. KOMIE shall produce the entire medical record of Patient JUAN ORTIZ (D.O.B. 8-14-82).

2. The materials provided to the parties pursuant to this order may be used by the parties to this litigation and their attorneys solely in connection with the litigation or proceeding for which such information was requested and for no other purpose and in connection with no other proceedings.

3. At the end of the litigation or proceeding, or the completion of the defendant serving a sentence of probation or incarceration, or the discharge of

the defendant from any sentence imposed by the court, the materials provided to the parties pursuant to this order (including all copies made), shall be returned to the producing entity or destroyed.

4. That the parties to this litigation shall attach a copy of this Order to any Subpoena pursuant to law directed to any medical provider including any other Psychologists, Physicians, Counselors or service providers employed by JUAN ORTIZ or his attorney STEPHEN M. KOMIE and the production of the medical records of Patient, JUAN ORTIZ, as referenced above.

Dated: __1-16__, 2019

Enter:

_____
District Judge